

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00206-CV

Ra Hermes **VELTHRA**,
Appellant

v.

**INVESTORADE COMMUNITY HOLDINGS, LLC** dba Texas Hill Country Resort,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. 26-010-DCCV-00047
Honorable M. Patrick Maguire, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                H. Todd McCray, Justice
                Velia J. Meza, Justice

Delivered and Filed: April 8, 2026

DISMISSED

Appellant Ra Hermes Velthra has filed a notice of appeal seeking appellate review of an order concerning his ability to pay court costs. The trial court conducted a hearing on Velthra's Statement of Inability to Afford Payment of Court Costs on February 26, 2026, and determined that Velthra had access to the necessary funds and was therefore required to pay court costs.

Appellant relies on Texas Rule of Civil Procedure 145(g) as a basis for filing this appeal. However, Rule 145(g) does not authorize interlocutory appeals. Rather, it provides a means to

challenge indigency-related orders *within the context of an existing appeal*. *See* TEX. R. CIV. P. 145(g) (authorizing party contesting finding of non-indigency to "challenge the order by *motion* filed in the court of appeals *with jurisdiction over an appeal from the judgment in the case*") (emphasis added); *Interest of P.M.M.*, No. 04-23-00552-CV, 2023 WL 8896898, at *1 (Tex. App.—San Antonio Dec. 27, 2023, no pet.).

Accordingly, we ordered appellant to show cause in writing why this cause should not be dismissed for lack of jurisdiction. Appellant responded, reiterating his desire to challenge the trial court's finding that he is able to pay court costs. While he attached the trial court's order regarding indigency, he offered no evidence of a final judgment in the underlying dispute that would support this court's jurisdiction. Because Rule 145(g) does not independently authorize an interlocutory appeal, we dismiss this cause for lack of jurisdiction.

PER CURIAM